US District Court

Michael Aguier
1455 Massachusetts Ave Apt 317
Washington DC 20005

Case: 1:18-cv-02724
Assigned To : Chutkan, Tanya S.
Assign. Date : 11/21/2018
Description: Pro Se Gen. Civil

**RECEIVED**
NOV 21 2018
Clerk, U.S. District and
Bankruptcy Courts

Pepsi CO Inc
700 Anderson Hill Road
Purchase, NY 10577

"Complaint"

Due to the involvement in my personal life when employed At Albertsons-Shaws your employees engaged in a conspiracy in Rhode Island and Massachusetts to place me in prison. One employee has a civil action Greg Ranson your ~~former~~ employee Melissa Trudel is not the person I knew from High School. Those Cyber networks. There was also a occurance in Gillette Stadium

in October 2017 where your employees in the Club Box hit me with radio Frequency Identification OFF a Iphone. The employee made a referance with a Third party Transmission "Greg told you to hold on the Ball longer"

These are Related cases.

~~Cyber~~ The company is Still using my Identy For Buisness reasons And The Company Aguiar Consulting LLC is Bankrupt And no Agreement or money was received By ~~these~~ myself.

Mihail Aguiar
1499 Massachusetts Ave NW Apt 311
Washington DC 20005